AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:20-mj-00244 |
|  | ) Assigned To : Faruqui, Zia M. |
| BRIAN J. BOOTH | ) Assign. Date : 12/4/2020 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 13, 2020__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

GREG P THOMPSON  *Digitally signed by GREG P THOMPSON*
*Date: 2020.12.03 12:20:44 -05'00'*

*Complainant's signature*

Greg Thompson, Special Agent, DOT-OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 12/04/2020

*Judge's signature*

City and state: Washington, D.C.          Zia M. Faruqui, Magistrate Judge
*Printed name and title*