# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 20-mj-244 |
| | : | |
| v. | : | |
| | : | **VIOLATION:** |
| **BRIAN J. BOOTH,** | : | |
| | : | **18 U.S.C. § 1341** |
| | : | **(Mail Fraud)** |
| **Defendant.** | : | |
| | : | |
| | : | |

## GOVERNMENT'S NOTICE OF DEFENDANT'S ARREST AND MOTION TO UNSEAL AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this notice of the defendant's arrest and moves for an order to unseal the Affidavit in Support of Criminal Complaint and related documents in the above-captioned matter. In support thereof, the Government states as follows:

1. On December 4, 2020, the defendant in this case was charged by criminal complaint with one count of mail fraud in violation of 18 U.S.C. § 1341, and a warrant issued for his arrest. The same day, upon motion of the Government, this Court entered an order sealing the Affidavit in Support of Criminal Complaint, and motion to seal, and delayed entry on the public docket of this matter.

2. On December 7, 2020, the defendant was arrested. Thus, the sealing of the Affidavit in Support of the Criminal Complaint, and related filings is no longer necessary to ensure the integrity of the investigation.

1

**WHEREFORE**, the United States respectfully requests that this Court issue an Order unsealing the Affidavit in Support of Criminal Complaint, motion to seal, and related filings, and directing the Clerk of the Court to place the case on the public docket.

Respectfully submitted,

MICHAEL SHERWIN
ACTING UNITED STATES ATTORNEY

By: /s/Elizabeth Aloi
 Elizabeth Aloi
 NY Bar: 4457651
 Assistant United States Attorney
 United States Attorney's Office
 555 Fourth Street, N.W.
 Washington, D.C. 20530
 Telephone: 202-252-7212
 Email: elizabeth.aloi@usdoj.gov